HOWARD, Circuit Judge,
(Concurring).
While this case in its particulars involves corroborating evidence, or lack thereof, in a larger sense this is a case about credibility. No one disputes that, if Mr. Soeung’s story is truthful, he is eligible to be considered for asylum. We have explained why the petitioner may not be able to obtain corroboration. More pointedly, we have observed that the agency has not made the required finding that Soeung has inadequately explained his failure to corroborate. Granted, one might reasonably expect that a petitioner who, like this one, has shown no hesitation to reveal alleged facts that may put himself or others at risk, also would not hesitate to attempt, at the very least, to provide corroboration for those assertions. Given the current posture of the case, however, one might also reasonably expect the government itself now to take the modest step of attempting to verify this petitioner’s story. In light of the stakes to the petitioner and perhaps to others, the government should do so.